**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 20-14113-CV-MIDDLEBROOKS/Reid

KAREEM FARRELL,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE comes before the Court on Magistrate Judge Lisette Reid's Report (DE 16), recommending dismissal of Petitioner Kareem Farrell's *pro se* Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 (DE 10). Following a trial in state court in 2013, Petitioner was convicted of aggravated child abuse. He filed this habeas petition after having appealed his conviction, and after filing for post-conviction relief in state court. Judge Reid's Report recommends dismissal of Farrell's claims as time barred. Judge Reid's Report was issued on October 13, 2020. (DE 16). It is now nearly five weeks past the deadline for filing objections, and Petitioner has not filed objections nor sought an extension of time.

Upon review of the Report and the record as a whole, I agree with Magistrate Judge Reid's conclusion that the petition in this case should be dismissed as barred by the statute of limitations. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Reid's Report (DE 16) is hereby **ADOPTED**.

(2) Kareem Farrell's *pro se* Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 (DE 10) is **DISMISSED**.

(3) No evidentiary hearing is warranted and therefore any request for an evidentiary hearing is **DENIED.**

(4) No certificate of appealability shall issue.

(5) The Clerk of the Court is directed to **CLOSE THIS CASE and DENY** all pending motions **AS MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 30th day of November, 2020.

Donald M. Middlebrooks
United States District Judge

Copies to:  Counsel of Record;
Kareem Farrell
P29811
Wakulla Correctional Institution
Inmate Mail/Parcels
110 Melaleuca Drive
Crawfordville, FL 32327
PRO SE